Case 3:25-mj-05074-GJL    Document 1    Filed 03/03/25    Page 1 of 5
WD/WA #MJ25-5074
Case 9:25-cr-00008-DLC    Document 4    Filed 02/26/25    Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

```
FILED _____ LODGED
_____ RECEIVED
Mar 03, 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANCO MIJAEL VERA QUISPE,

    Defendant.

CR-25-8-M-DLC

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER
*(Federal Custody)*

    YOU ARE HEREBY COMMANDED to arrest FRANCO MIJAEL VERA QUISPE and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Alien in Possession of a Firearm in violation of Title 18 United States Code, Section 922(g)(5) and Criminal Forfeiture in violation of Title 18 United States Code, Section 924(d).

Assigned to: Brian C. Lowney

*/s/ Sarah Nagy*
Sarah Nagy, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE KATHLEEN L. DESOTO
Missoula, Montana

**BAIL FIXED AT NONE**
Date of Issue: February 26, 2025

| RETURN | |
|---|---|
| DATE RECEIVED: | LOCATION: |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: | **Craig Anderson**<br>UNITED STATES MARSHAL |
| LOCATION: | |
| By:                    Deputy U.S. Marshal | |

BRIAN C. LOWNEY
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front St., Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
Email: brian.lowney@usdoj.gov

FILED

FEB 26 2025

Clerk, U.S. Courts
District of Montana
Missoula Division

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 25- 8 -M- DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **ALIEN IN POSSESSION OF A FIREARM**<br>Title 18 U.S.C. § 922(g)(5)<br>(Penalty: Fifteen years of imprisonment, $250,000 fine, and three years of supervised release) |
| FRANCO MIJAEL VERA QUISPE, | |
| Defendant. | **CRIMINAL FORFEITURE**<br>Title 18 U.S.C. § 924(d)(1) |

THE GRAND JURY CHARGES:

That on or about December 8, 2024, at Kalispell, in Flathead County, in the State and District of Montana, the defendant, FRANCO MIJAEL VERA QUISPE, knowing he was an alien illegally and unlawfully in the United States, knowingly

1

possessed, in and affecting interstate and foreign commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(5).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, FRANCO MIJAEL VERA QUISPE, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.
FOREPERSON

_____
TIMOTHY J. RACICOT
Acting United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court
## District of Montana (Missoula)
### CRIMINAL DOCKET FOR CASE #: 9:25-cr-00008-DLC-1

Case title: USA v. Quispe                                    Date Filed: 02/26/2025

Assigned to: Judge Dana L. Christensen

**Defendant (1)**

Franco Mijael Vera Quispe

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922G.F ALIEN IN POSSESSION OF A FIREARM with Forfeiture Allegation (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA                           represented by   **Brian Callan Lowney**
United States Attorney's Office District of Montana
Missoula Branch
101 E. Front Street
Suite 401
Missoula, MT 59801
406-829-3330
Email: brian.lowney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2025 | 1 | SEALED INDICTMENT as to Franco Mijael Vera Quispe (1) count(s) 1. (SGN) (Entered: 02/26/2025) |
| 02/26/2025 | 2 | Redacted Indictment as to Franco Mijael Vera Quispe. (SGN) (Entered: 02/26/2025) |
| 02/26/2025 | 3 | Criminal Cover Sheet filed by USA regarding the 1 Indictment (Sealed) as to Franco Mijael Vera Quispe. (SGN) (Entered: 02/26/2025) |
| 02/27/2025 |  | Set/Reset Deadlines/Hearings as to Franco Mijael Vera Quispe Arraignment set for 4/24/2025 at 01:30 PM in Missoula, MT before Magistrate Judge Kathleen L. DeSoto. Initial Appearance set for 4/24/2025 at 01:30 PM in Missoula, MT before Magistrate Judge Kathleen L. DeSoto. (AML) Modified on 2/27/2025 - Interpreter needs unknown, request made via TIP. Will follow up as date gets closer. (SGN) (Entered: 02/27/2025) |